United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 27, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-60680
Summary Calendar
_____

JUAN MARIO SIFUENTES-GARCIA,

                                        Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

                                        Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A75-214-007
--------------------

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

       Juan Mario Sifuentes-Garcia (Sifuentes) appeals the

affirmance by the Board of Immigration Appeals (BIA) of the

Immigration Judge's (IJ) denial of a motion for continuance of

the removal proceeding.  Sifuentes contends that he should have

been granted the continuance so that he could challenge the 2003

alien-smuggling conviction that rendered him removable.

       This court reviews the denial of a continuance for abuse of

discretion.  Witter v. INS, 113 F.3d 549, 555-56 (5th Cir. 1997).

An IJ may grant a continuance upon a showing of good cause.  Id.

_____

       [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Sifuentes cites to two BIA decisions having nothing to do with the granting of a continuance, and he makes no argument directly relevant to the "good cause" that must be shown in order to obtain a continuance.

Sifuentes fails to show that the denial of a continuance was an abuse of discretion. His petition for review is DENIED.